**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ENTRY SYSTEMS, LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**ALARM SECURITY GROUP, LLC, D/B/A ASG SECURITY, ET AL.**<br><br>　　　　　　　　Defendants. | Civil Action No. 2:16-cv-87-JRG<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **ALARM GRID, INC.**<br><br>　　　　　　　　Defendant. | Civil Action No. 2:16-cv-165-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

On this day, Plaintiff Entry Systems, LLC ("Entry Systems") and Defendant Alarm Grid ("Alarm Grid"), through their attorneys of record, have requested their claims against each other be dismissed. (Dkt. No. 56.) The Court, having considered this request, is of the opinion that their request should be GRANTED.

IT IS THEREFORE ORDERED that Entry Systems' claims for relief against Alarm Grid are dismissed WITH PREJUDICE, and that Alarm Grid's counterclaims for relief against Entry Systems are dismissed WITHOUT PREJUDICE. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 16th day of March, 2017.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RODNEY GILSTRAP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE